# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

ALVASS, INC.
    Plaintiff,

            v.                          Civil No. 98-1467(PG)

SEA-LAND SERVICE, INC., et al,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #28 - Stipulation For Voluntary Dismissal. | *Granted* |

Date: _____March_____ _29_ , 2000.

                                *Juan M. Pérez Gimenez*
                                JUAN M. PEREZ-GIMENEZ
                                U.S. District Judge