UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

ALVASS, INC.  
    Plaintiff,

v.     CIVIL NO. 98-1467 (PG)

SEA LAND SERVICE, INC., et al,  
    Defendant.

### JUDGMENT

On this date the Court granted the parties' stipulation for voluntary dismissal with prejudice (Docket No. 28). It is hereby,

**ORDERED AND ADJUDGED** that said stipulation be, and is hereby made part of this judgment as though set forth _in extenso_. FURTHER it is

**ORDERED AND ADJUDGED** that the complaint be and is hereby **DISMISSED with prejudice** without any imposition of costs or attorney's fees to any party.

San Juan, Puerto Rico _March 29_, 2000.

JUAN M. PEREZ-GIMENEZ  
U.S. District Judge

AO 72A  
(Rev. 8/82)